DEFENDANT'S EXHIBIT

B

**IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS**
**STATE OF MISSOURI**

| | | |
|---|---|---|
| CRAIG FRANKLIN, | ) | |
| Plaintiff, | ) | |
| | ) | Cause No. 2522-CC09995 |
| vs. | ) | |
| | ) | |
| ALONZO VASQUES | ) | |
| | ) | |
| And | ) | |
| | ) | |
| FOX FREIGHT INC., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING DEFENDANT'S NOTICE OF REMOVAL**

COMES NOW Defendant, FOX FREIGHT INC., by and through counsel, Hinshaw & Culbertson LLP, and hereby notifies this Court that on this 4th day of February, 2026, it removed this case to the United States District Court for the Eastern District of Missouri. A copy of the Notice of Removal filed with the United States District Court for the Eastern District of Missouri is attached as Exhibit A.

Respectfully submitted,

**HINSHAW & CULBERTSON LLP**

By: _____*/s/ Michael P. Murphy*_________
Michael P. Murphy, #36637
James C. Sanders, #73001
701 Market Street, Suite 260
St. Louis, MO 63101
P: 314-241-2600
F: 314-241-7428
mmurphy@hinshawlaw.com
jsanders@hinshawlaw.com
Attorneys for Defendant FOX FREIGHT INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically filed and served electronically via the Court's ECF system on all parties receiving ECF notices, on this 4th day of February, 2026.

Brent E. Labovitz
Labovitz Law Firm
1034 S. Brentwood Blvd, Suite PH-2B
St. Louis, MO 63117
T: 314-726-1300
F: 314-627-4522
brent@bellawfirm.com
*Attorneys for Plaintiff*

*/s/ Michael P. Murphy*